IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

LaKEACHIE MURPHY, INDIVIDUALLY AND
AS GUARDIAN OF HER MINOR CHILD, ▮▮▮▮▮

FILED

2010 DEC 28  AM 8 48

VICKI E. RINA
GARLAND CO/CIRCUIT CLERK

BY _____

VERSUS NO. CV-2010-1531-I

PARC MAGIC SPRINGS, LLC d/b/a MAGIC SPRINGS
AND CHRYSTAL FALLS

## COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes complainant, **LaKEACHIE MURPHY, INDIVIDUALLY AND AS GUARDIAN OF HER MINOR CHILD,** ▮▮▮▮▮▮▮▮▮▮▮, a major domiciliary of the Parish of Morehouse, State of Louisiana, with complainant respectfully representing the following:

1.

Made defendant herein is the following:

A.    **PARC MAGIC SPRINGS, LLC d/b/a MAGIC SPRINGS AND CRYSTAL FALLS,** the owner and operator of Magic Springs and Crystal Falls, located in the County of Garland, State of Arkansas, who at all pertinent times herein as owner of the subject park was responsible for all issues surrounding park safety and other matters.

2.

Defendant, Parc Magic Springs, LLC d/b/a Magic Springs and Crystal Falls, is liable unto Complainant for the following reasons, to-wit:



EXHIBIT

A

3.

On or about May 15, 2010, Complainant shows that her minor son, ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮, was on a school field trip to Magic Springs.

4.

Complainant shows that her minor son left the wave pool when it began to rain.

5.

Complainant shows that ▮▮▮ and several other students went to lockers near the
front gate of the park when suddenly and without warning a large rock or boulder fell on
▮▮▮'s foot.

6.

Complainant shows that the rock and/or boulder that fell on ▮▮▮'s foot came from an
elevated height and was not secured and therefore fell onto his foot causing him to suffer two (2)
broken toes.

7.

Park Magic Springs, LLC d/b/a Magic Springs and Crystal Falls' negligence
includes, but is not limited to, one or more of the following particulars:

    a) failing to act as a reasonable person under the then prevailing
       circumstances;

    b) failing to properly inspect the area where this incident occurred to
       make sure that rocks and/or boulders were safe and would not fall
       from an elevated height onto customers and patrons such as ▮▮▮
       ▮▮▮;

    c) failing to warn that rocks could fall from an elevated height thereby
       injuring customers and patrons of the park such as ▮▮▮▮▮▮;

d) reckless  disregard for the safety of others;

e) failing to remove the subject rocks prior to the incident at issue herein so the subject rocks would not fall on customers and patrons of the park such as ███████ ;

f) failing to properly secure and/or place the subject rock and/or boulder so that it would not fall or injure customers or patrons of the park such as ████████ .

8.

As a direct and proximate result of the subject of the negligence of Parc Magic Springs, LLC d/b/a Magic Springs and Crystal Falls, ████████ with the aid and benefit of his guardian and natural mother, LaKeachie Murphy, sought medical treatment from medical providers of their choice and sustained significant personal injuries, including, but not limited to broken toes and injuries to the soft tissue structures of ███ ███'s body as will be shown upon the trial of this matter.

9.

As a direct and proximate result of the negligence of Parc Magic Springs, LLC d/b/a Magic Springs and Crystal Falls, Complainant shows that she has a claim herein for the following elements of damages:

a. past and future pain and suffering;
b. past and future mental anguish and emotional distress;
c. past and future medical expenses;
d. past and future loss of earnings;
e. past and future loss of earning capacity;
f. past and future disability and physical impairment;
g. past and future scarring;
h. past and future caretaking expense; and
i. all other damages of every nature and kind to be shown at the trial of this matter.

10.

Complainant shows that jurisdiction and venue are proper in this Court because

Parc Magic Springs, LLC d/b/a Magic Springs and Crystal Falls is domiciled in Garland

County, Arkansas.

**WHEREFORE,     COMPLAINANT,     LaKEACHIE     MURPHY,**

**INDIVIDUALLY  AND  AS  GUARDIAN  OF  HER  MINOR  CHILD,** ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **PRAYS** for judgment against Defendant in a

sum reasonable in the premises, for all expert witness fees, for legal interest from date of

judicial demand, all costs of court, and for any and all other full, general, and equitable

relief of every nature and kind to which they may be entitled.

Respectfully submitted:

**THE DOWNS LAW FIRM, A.P.C.**
517 North Washington Street
Bastrop, Louisiana  71220
(318) 281-7677 – phone
(318) 281-2225 – fax

By: _____
E. ROSS DOWNS, JR.
   Arkansas Bar No. 2006061
   Louisiana Bar No. 22340
   Mississippi Bar No. 102185

**State of Arkansas**                                    Case Number: $CV$-$2010$-$1531$-$T$
Circuit Court of Garland County

Office of the Circuit Clerk                              CIVIL  DIVISION
Garland County Courthouse

### SUMMONS
**(Notice of Lawsuit)**

**PLAINTIFFS:**                                          **DEFENDANT:**
LaKeachie Murphy, individually and as                   Parc Magic Springs, LLC d/b/a
Guardian of her Minor Child, ████                        Magic Springs and Crystal Falls
████████████████████████

**PLAINTIFF'S ATTORNEY:**                                **DEFENDANT'S ADDRESS:**
E. Ross Downs, Jr.                                       Corpdirect Agents, Inc.
The Downs Law Firm                                       300 Spring Building, Suite 900
517 N. Washington St                                     300 S. Spring Street
Bastrop, LA   71220                                      Little Rock, AR  72201


TO THE ABOVE-NAMED DEFENDANT:

1. You have been sued by the above-named Plaintiffs.

2. You are directed to file a written answer to the attached *Complaint for Damages* in the Garland County Circuit Clerk's Office within **TWENTY (20) DAYS** from the date on which you are served with this summons.

3. A copy of your written answer must be delivered or mailed to the Plaintiff or her attorney and proof of such service must be filed in the Circuit Clerk's Office with your answer.

4. Unless you file a written answer to this complaint within the stated **TWENTY (20) DAYS**, judgment by default will be entered against you, together with Court costs of this action.

5. You may seek the advice of an attorney on any matter connected with this suit or your answer. Such attorney should be consulted immediately so that an answer may be filed within the time limit stated.

WITNESS my hand and seal of said Court this $28$ day of December 2010.


VICKI RIMA, Circuit Clerk

By: _____
Deputy Clerk



The Downs Law Firm
517 N. Washington Street
Bastrop, LA 75220

**CERTIFIED MAIL**

7008 1140 0004 0597 6172

US POSTAGE

0438304070

$5.540

01/12/2011

Mailed From 71220

neopost

**Certified Mail/Return Receipt**
Parc Magic Springs, LLC d/b/a Magic Springs and
Crystal Falls
c/o Corpdirect Agents, Inc.
455 W. Maurice Street
Hot Springs, AR 71901

71901$60$0 C014